UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:99-cr-280-T-23EAJ

JOSE JAIME MONTERO

_____/

**O R D E R**

On October 18, 2006, the defendant filed a "Notice and Demand to Vacate Void Judgment for lack of Jurisdiction and for Injunctive Relief From Criminal Fraud. F.R.C.P. Rule 60(b)(4)" (Doc. 184), which was denied (Doc. 186) on November 3, 2006. The defendant today filed a motion (Doc. 187) identical to Doc. 184. For reasons identical to those in the November 3rd order, the duplicate motion is **DENIED** also.

ORDERED in Tampa, Florida, on November 9, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE